Dismissed and
Memorandum Opinion filed June 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00123-CV

____________

 

PHUONG LAN HONG, Appellant

 

V.

 

CMS CARRINGTON MORTGAGE, Appellee

 



 

On Appeal from County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 977771

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed January 31, 2011. 
The clerk’s record was filed March 11, 2011.  No reporter’s record was filed. 
No brief was filed.

            On May 12, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before, June 13, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Frost,
Jamison, and McCally.